UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| SERVANDO CALLEJA-SABINO | § |
| | § |
| Petitioner | § CIVIL ACTION NO. 5:18-CV-115 |
| VS. | § CRIMINAL ACTION NO. 5:17-CR-514-1 |
| | § CRIMINAL ACTION NO. 5:17-CR-797-1 |
| UNITED STATES OF AMERICA | § |

## ORDER

On April 18, 2019, U.S. Magistrate Judge Sam Sheldon issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that Petitioner's § 2255 Motion be denied. (Dkt. No. 6). Neither party has filed objections to the Report and Recommendation.

Having found no plain error in the proposed findings and recommendations, the Court hereby **ADOPTS** the Report and Recommendation as the findings of the Court. Accordingly, Petitioner's § 2255 Motion (Dkt. No. 1; Cr. Dkt. 1 No. 49; Cr. Dkt. 2 No. 18)[1] is **DENIED**, and this civil action is **DISMISSED WITH PREJUDICE**. Should Petitioner seek a certificate of appealability, it is **DENIED**, and the Court certifies that any appeal should not be taken *in forma pauperis*.

It is so **ORDERED**.

**SIGNED** June 19, 2019.

Marina Garcia Marmolejo
United States District Judge

---

[1] "Dkt. No." refers to the civil case, "Cr. Dkt. 1 No." refers to Criminal Action No. 5:17-CR-514-1, and "Cr. Dkt. 2 No." refers to Criminal Action No. 5:17-CR-797-1.